Donald David deRosier
Bar ID # 256322
4700 Marconi Ave., #211
Carmichael, CA  95608
(916) 483-4729

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| Donald David deRosier, ) | Case No.: 2:11-CV-01617-MCE-EFB |
| Plaintiff, ) | |
| ) | Stipulation and Order |
| vs. ) | |
| Christopher Longaker, Maryanne G. Gilliard, Greta C. ) | |
| Fall, Michael W. Sweet, Arthur G. Scotland, Steve ) | |
| White, Vance W. Raye, and The Superior Court for the ) | |
| County of Sacramento ) | |
| Defendants | |

The parties agree that, due to the motion to dismiss currently pending before the Court, good cause exists to delay discussing the further course of litigation. The parties request the Court permit a delay of the initial discovery conference required by Fed. R. Civ. P. 26(f) until after the motion to dismiss has been ruled on. The parties further agree to submit the joint status report, if necessary, within fourteen (14) days of the ruling on the motion to dismiss.

Respectfully submitted,

/s/ Donald D. deRosier

Donald D. deRosier, *Plaintiff*

And

***/s/ Kevin W. Reager***

Stipulation/Order - 1

KEVIN W. REAGER
Deputy Attorney General
*Attorney for Defendants*

Dated this 31st day of October, 2011

The Court has reviewed the foregoing stipulation and, good cause appearing, it is hereby ordered that the joint statement of the parties shall be filed, if necessary, not later than fourteen (14) days of an order is electronically filed on Defendants' motion to dismiss.

IT IS SO ORDERED.

Dated: November 2, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE